# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INITIAL APPEARANCE on Criminal Complaint |
| v. | |
| **JARRIEL D. COTTON** | CASE NUMBER **25-mj-904** |

| | |
|---|---|
| HONORABLE NANCY JOSEPH, presiding | Court Reporter: Liberty |
| Deputy Clerk: Ross M. | Hearing Began: 3:00 p.m. |
| Hearing Held: May 16, 2025 at 3:00 p.m. | Hearing Ended: 3:04 p.m. |

**Appearances:**

UNITED STATES OF AMERICA by: Abbey Marzick
JARRIEL D. COTTON, in person, and by: Dennise Moreno
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☒ None ☐ Sworn

☐ CJA ☒ FDS ☐ RET

☒ Defendant advised of rights
☒ Defendant advised of charges, penalties, and fines

Maximum Penalties:
**Count 1** – INC: mandatory minimum 5 years-20 years; FINE: $250,000; SRL 3 years; SA: $100.

Bond Status:

Government seeking detention. Defendant requesting time to prepare a release plan. Government does not oppose setting a detention hearing.

Defendant ordered temporarily detained.

Detention Hearing set for Wednesday May 21, 2025 at 9:30 a.m.