# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br><br>JARRIEL D. COTTON<br>*Defendant* | Case No. 25-mj-904 |

## ORDER OF TEMPORARY DETENTION AND
## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| PLACE:<br>U.S. District Court<br>517 E. Wisconsin Ave.<br>Milwaukee, Wisconsin<br><br>BEFORE:<br>Magistrate Judge Nancy Joseph | Courtroom No.: 253 |
|---|---|
| | Date and Time: Wednesday May 21, 2025 at 9:30 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: May 16, 2025

*Judge's signature*

Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*